# Exhibit 13 to Complaint
# Intellectual Ventures I LLC and Intellectual Ventures II LLC

**Infringement Claim Chart of**
**U.S. Patent No. 7,257,582 ("the '582 Patent")**

The Accused Systems and Services include without limitation Home Depot systems and services that utilize Spark; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future Home Depot systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example Home Depot Count IV Systems and Services" or "Home Depot Systems and Services").[1]

On information and belief, Home Depot directly infringes the asserted claims of the '582 Patent, either literally or under the doctrine of equivalents, through at least using Spark in the Home Depot Systems and Services. In addition, Home Depot directly infringes the '582 Patent by testing the Home Depot Systems and Services and its various systems that use Spark.

On information and belief, Home Depot, with knowledge at least since the time of filing the complaint, also indirectly infringes the '582 Patent by inducing its employees, customers, and other third parties (such as vendors) to use Home Depot Systems and Services, and provides documents that include instructions regarding how to use Home Depot products and services that use Spark in the Home Depot Systems and Services in an infringing manner. On information and belief, Home Depot supplies its employees, customers, and other third parties with access to the Home Depot Systems and Services through various products and services that allows its employees, customers, and other third parties to use the claimed method. On information and belief, Home Depot provides instructions on how to use its various products and services that use Spark in the Home Depot Systems and Services in an infringing manner, the use of which results in infringement of the '582 Patent claims through performance of the claimed methods.

---

[1] Plaintiffs do not accuse the public clouds of Defendant, to the extent those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendant's activities. Plaintiffs accuse Defendant private clouds that implement Spark and non-licensed public clouds that Defendant uses to support Spark for its systems and services. Plaintiffs will provide relevant license agreements for cloud providers in discovery, and to the extent any of these licenses are relevant to Defendant's activities, Plaintiffs will meet and confer with Defendant about the impact of such license(s). Once a protective order is entered into the case, Plaintiffs will provide further details.

On information and belief, the Home Depot Systems and Services use Spark in Home Depot's private cloud(s). For example, Home Depot posts, or has posted, job opportunities that require familiarity with Spark technology.

- https://careers.homedepot.com/job/21684076/staff-software-engineer-backend-python-java-remote-remote.

- https://www.linkedin.com/in/datascientist-varsha

- https://www.linkedin.com/in/celine-hh-wang

- https://www.linkedin.com/in/brandon-meek-4a944149

On information and belief, Home Depot has stated that it has adopted a "hybrid" cloud approach, which combines on-premises, private cloud, public, cloud, and edge environments for enabling a flexible and managed IT infrastructure, which relates to the Home Depot Systems and Services's use of Spark in Home Depot's private cloud(s). *See* https://www.cloudbolt.io/wp-content/uploads/the-home-depot-delivers-central-platform-for-hybrid-cloud-management-1.pdf; *see also* https://www.cloudflare.com/learning/cloud/how-does-hybrid-cloud-architecture-work/.[2]

---

[2] Unless otherwise noted, all sources cited in this document were publicly accessible as of June 20, 2025.

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Home Depot Count IV Systems and Services** |
| 1. A method of effecting on a preexisting input file a computer-executable process comprised of a plurality of subtasks, the method comprising the steps of: | To the extent this preamble is limiting, on information and belief, the Home Depot Count IV Systems and Services practice a method of effecting on a preexisting input file a computer-executable process comprised of a plurality of subtasks.<br><br>Spark includes a Cluster Mode where it connects to multiple cluster managers that allocate resources across applications. For example, Spark uses executors on nodes in the clusters to run tasks corresponding to an input file/data set that has been transformed into a resilient distributed dataset (RDD).<br><br>## Components<br><br>Spark applications run as independent sets of processes on a cluster, coordinated by the SparkContext object in your main program (called the *driver program*).<br><br>Specifically, to run on a cluster, the SparkContext can connect to several types of *cluster managers* (either Spark's own standalone cluster manager, Mesos, YARN or Kubernetes), which allocate resources across applications. Once connected, Spark acquires *executors* on nodes in the cluster, which are processes that run computations and store data for your application. Next, it sends your application code (defined by JAR or Python files passed to SparkContext) to the executors. Finally, SparkContext sends *tasks* to the executors to run.<br><br>Source: https://spark.apache.org/docs/latest/cluster-overview.html.[3] |

---

[3] Annotations added unless otherwise noted.

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Home Depot Count IV Systems and Services** |
| | <br><br>Source: https://spark.apache.org/docs/latest/cluster-overview.html.<br><br>## Overview 🔗<br><br>At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.<br><br>## Resilient Distributed Datasets (RDDs)<br><br>Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html. |

5

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Home Depot Count IV Systems and Services** |
| (a) automatically determining file allocation and logically subdividing records of said input file into a plurality of partitions; | On information and belief, the Home Depot Count IV Systems and Services practice automatically determining file allocation and logically subdividing records of said input file into a plurality of partitions. |
| | Spark creates an RDD from datasets including files. This process includes forming a logical division of the datasets. An RDD results in an automatic file allocation across multiple nodes in a cluster, so that the nodes of the cluster can operate on the RDD in parallel. |
| | ## Resilient Distributed Datasets (RDDs)<br><br>Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat. |
| | Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html. |
| | ## Overview 🔗<br><br>At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures. |
| | Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html. |
| | One important parameter for parallel collections is the number of *partitions* to cut the dataset into. Spark will run one task for each partition of the cluster. Typically you want 2–4 partitions for each CPU in your cluster. Normally, Spark tries to set the number of partitions automatically based on your cluster. However, you can also set it manually by passing it as a second parameter to `parallelize` (e.g. `sc.parallelize(data, 10)`). Note: some places in the code use the term slices (a synonym for partitions) to maintain backward compatibility. |
| | Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Home Depot Count IV Systems and Services** |
| (b) distributing descriptions of all of said partitions to each of a plurality of subtask processors | On information and belief, the Home Depot Count IV Systems and Services practice distributing descriptions of all of said partitions to each of a plurality of subtask processors. Spark distributes partitions to clusters which includes multiple machines or nodes for processing. For example, Spark prepares jobs to perform work on the partitions. Jobs are divided into stages, and stages are divided into tasks, with one task assigned for each partition. |

Spark distributes partitions to clusters which includes multiple machines or nodes for processing. For example, Spark prepares jobs to perform work on the partitions. Jobs are divided into stages, and stages are divided into tasks, with one task assigned for each partition.

## Overview 🔗

At a high level, every Spark application consists of a *driver program* that runs the user's main function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.

Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.

One important parameter for parallel collections is the number of *partitions* to cut the dataset into. Spark will run one task for each partition of the cluster. Typically you want 2-4 partitions for each CPU in your cluster. Normally, Spark tries to set the number of partitions automatically based on your cluster. However, you can also set it manually by passing it as a second parameter to `parallelize` (e.g. `sc.parallelize(data, 10)`). Note: some places in the code use the term slices (a synonym for partitions) to maintain backward compatibility.

Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.

| U.S. Patent No. 7,257,582 (Claim 1) ||
| :---: | :---: |
| **Claim(s)** | **Example Home Depot Count IV Systems and Services** |
| | Apache Spark's Resilient Distributed Datasets (RDD) are a collection of various data that are so big in size, that they cannot fit into a single node and should be partitioned across various nodes. Apache Spark automatically partitions RDDs and distributes the partitions across different nodes. They are evaluated lazily (i.e, the execution will not start until an action is triggered which increases manageability, saves computation and thus increases optimization and speed) and the transformations are stored as directed acyclic graphs (DAG). So, every action on the RDD will make Apache Spark recompute the DAG.<br><br>Source: https://www.talend.com/resources/intro-apache-spark-partitioning/. |
| (c) simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions with each subtask reading and processing the respective partition so as to process the respective partition and produce respective subtask output and; | On information and belief, the Home Depot Count IV Systems and Services practice simultaneously executing at least a respective one of the subtasks of the computer-executable process in each of at least some of said processors on a respective one of the partitions with each subtask reading and processing the respective partition so as to process the respective partition and produce respective subtask output.<br><br>Spark worker nodes simultaneously execute at least one task relating to the partition.<br><br>**Components**<br><br>Spark applications run as independent sets of processes on a cluster, coordinated by the SparkContext object in your main program (called the *driver program*).<br><br>Specifically, to run on a cluster, the SparkContext can connect to several types of *cluster managers* (either Spark's own standalone cluster manager, Mesos, YARN or Kubernetes), which allocate resources across applications. Once connected, Spark acquires *executors* on nodes in the cluster, which are processes that run computations and store data for your application. Next, it sends your application code (defined by JAR or Python files passed to SparkContext) to the executors. Finally, SparkContext sends *tasks* to the executors to run.<br><br>Source: https://spark.apache.org/docs/latest/cluster-overview.html.[4] |

---

[4] Annotations added unless otherwise noted.

| **U.S. Patent No. 7,257,582 (Claim 1)** | |
| :---: | :---: |
| **Claim(s)** | **Example Home Depot Count IV Systems and Services** |
| |  Source: https://spark.apache.org/docs/latest/cluster-overview.html. |

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Home Depot Count IV Systems and Services** |
| | Source: https://engineering.salesforce.com/how-to-optimize-your-apache-spark-application-with-partitions-257f2c1bb414/. <br><br> Spark's tasks relating to each partition are being executed in parallel by the worker nodes. <br><br> There are several useful things to note about this architecture: <br><br> 1. Each application gets its own executor processes, which stay up for the duration of the whole application and run tasks in multiple threads. This has the benefit of isolating applications from each other, on both the scheduling side (each driver schedules its own tasks) and executor side (tasks from different applications run in different JVMs). However, it also means that data cannot be shared across different Spark applications (instances of SparkContext) without writing it to an external storage system. <br><br> Source: https://spark.apache.org/docs/latest/cluster-overview.html. <br><br> |

| U.S. Patent No. 7,257,582 (Claim 1) ||
|---|---|
| **Claim(s)** | **Example Home Depot Count IV Systems and Services** |
| | In Spark, data is generally not distributed across partitions to be in the necessary place for a specific operation. During computations, a single task will operate on a single partition - thus, to organize all the data for a single reduceByKey reduce task to execute, Spark needs to perform an all-to-all operation. It must read from all partitions to find all the values for all keys, and then bring together values across partitions to compute the final result for each key – this is called the **shuffle**.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.<br><br>The **Shuffle** is an expensive operation since it involves disk I/O, data serialization, and network I/O. To organize data for the shuffle, Spark generates sets of tasks - *map* tasks to organize the data, and a set of *reduce* tasks to aggregate it. This nomenclature comes from MapReduce and does not directly relate to Spark's map and reduce operations.<br><br>Internally, results from individual map tasks are kept in memory until they can't fit. Then, these are sorted based on the target partition and written to a single file. On the reduce side, tasks read the relevant sorted blocks.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html. |
| (d) thereafter repeating step (c) in at least some of the subtask processors each with another unprocessed partition on a first-come/first-served basis; and | On information and belief, the Home Depot Count IV Systems and Services practice repeating step (c) in at least some of the subtask processors each with another unprocessed partition on a first-come/first-served basis.<br><br>Spark task output produced by each worker node is combined to produce processed output for the related partition.<br><br>The simplest option, available on all cluster managers, is *static partitioning* of resources. With this approach, each application is given a maximum amount of resources it can use and holds onto them for its whole duration. This is the approach used in Spark's standalone and YARN modes, as well as the coarse-grained Mesos mode. Resource allocation can be configured as follows, based on the cluster type:<br><br>• **Standalone mode:** By default, applications submitted to the standalone mode cluster will run in FIFO (first-in-first-out) order, and each application will try to use all available nodes. You can limit the number of nodes an application uses by setting the spark.cores.max configuration property in it, or change the default for applications that don't set this setting through spark.deploy.defaultCores. Finally, in addition to controlling cores, each application's spark.executor.memory setting controls its memory use.<br><br>Source: https://spark.apache.org/docs/latest/job-scheduling.html. |

11

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Home Depot Count IV Systems and Services** |
| | <br><br>Source: https://engineering.salesforce.com/how-to-optimize-your-apache-spark-application-with-partitions-257f2c1bb414/.<br><br><br><br>Source: https://spark.apache.org/docs/latest/cluster-overview.html. |

12

| U.S. Patent No. 7,257,582 (Claim 1) | |
|---|---|
| **Claim(s)** | **Example Home Depot Count IV Systems and Services** |
| | By default, Spark's scheduler runs jobs in FIFO fashion. Each job is divided into "stages" (e.g. map and reduce phases), and the first job gets priority on all available resources while its stages have tasks to launch, then the second job gets priority, etc. If the jobs at the head of the queue don't need to use the whole cluster, later jobs can start to run right away, but if the jobs at the head of the queue are large, then later jobs may be delayed significantly.<br><br>Source: https://spark.apache.org/docs/latest/job-scheduling.html. |
| (e) generating at least one output combining all of the subtask outputs and reflecting the processing of all of said subtasks. | On information and belief, the Home Depot Count IV Systems and Services practice generating at least one output combining all of the subtask outputs and reflecting the processing of all of said subtasks.<br><br>Spark task output produced by each worker node is combined to produce final processed output for the corresponding partition.<br><br>In Spark, data is generally not distributed across partitions to be in the necessary place for a specific operation. During computations, a single task will operate on a single partition - thus, to organize all the data for a single reduceByKey reduce task to execute, Spark needs to perform an all-to-all operation. It must read from all partitions to find all the values for all keys, and then bring together values across partitions to compute the final result for each key – this is called the **shuffle**.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.<br><br>The **Shuffle** is an expensive operation since it involves disk I/O, data serialization, and network I/O. To organize data for the shuffle, Spark generates sets of tasks - *map* tasks to organize the data, and a set of *reduce* tasks to aggregate it. This nomenclature comes from MapReduce and does not directly relate to Spark's map and reduce operations.<br><br>Internally, results from individual map tasks are kept in memory until they can't fit. Then, these are sorted based on the target partition and written to a single file. On the reduce side, tasks read the relevant sorted blocks.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html. |