**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE HOME DEPOT, INC., HOME DEPOT U.S.A., INC., and HOME DEPOT PRODUCT AUTHORITY, LLC,<br><br>*Defendants.* | Civil Action No. 1:25-cv-01147<br><br>**JURY TRIAL DEMANDED** |

**INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC'S
CORPORATE DISCLOSURE STATEMENT**

Plaintiff Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs"), file this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the following:

Plaintiffs certify that there are no parents, subsidiaries, and/or affiliates of said parties that have issued shares or debt securities to the public.

Dated: July 23, 2025                                   RESPECTFULLY SUBMITTED,

                                                          By:  */s/ Gregory P. Love*
                                                                   Gregory P. Love (TX Bar No. 24013060)
                                                                   glove@cjsjlaw.com
                                                                   **STECKLER WAYNE & LOVE, PLLC**
                                                                   107 East Main Street
                                                                   Henderson, Texas 75652
                                                                   Telephone: 903-212-4444
                                                                   Facsimile: 903-392-2267

                                                                  Jonathan K. Waldrop (CA Bar No. 297903)
                                                                  (Admitted in this District)
                                                                  jwaldrop@kasowitz.com
                                                                  Marcus A. Barber (CA Bar No. 307361)
                                                                  (Admitted in this District)
                                                                  mbarber@kasowitz.com
                                                                  John W. Downing (CA Bar No. 252850)
                                                                  (Admitted in this District)
                                                                  jdowning@kasowitz.com
                                                                  Heather S. Kim (CA Bar No. 277686)
                                                                  (Admitted in this District)
                                                                  hkim@kasowitz.com
                                                                  ThucMinh Nguyen (CA Bar No. 304382)
                                                                  (Admitted in this District)
                                                                  tnguyen@kasowitz.com
                                                                  Jonathan H. Hicks (CA Bar No. 274634)
                                                                  (Admitted in this District)
                                                                  jhicks@kasowitz.com
                                                                  **KASOWITZ LLP**
                                                                  101 California Street, Suite 3950
                                                                  San Francisco, CA 94111
                                                                  Telephone: (415) 421-6140
                                                                  Facsimile: (415) 358-4408

                                                                  Paul G. Williams (GA Bar No. 764925)
                                                                (Admitted in this District)
                                                                  pwilliams@kasowitz.com
                                                                  **KASOWITZ BENSON TORRES LLP**
                                                                1230 Peachtree Street N.E., Suite 2445
                                                                  Atlanta, Georgia 30309
                                                                  Telephone: (404) 260-6102
                                                                  Facsimile: (404) 393-9752

Jeceaca An (NY Bar No. 5849898)
(Admitted in this District)
jan@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES I, LLC**
**INTELLECTUAL VENTURES II, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 23rd day of July, 2025, via the Court's CM/ECF system.

By: */s/ Greg Love*
      Greg Love