AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Western District of Texas, Austin Division__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:25-cv-01147 | DATE FILED<br>7/23/2025 | U.S. DISTRICT COURT<br>Western District of Texas, Austin Division |
|---|---|---|
| PLAINTIFF<br>INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II LLC | | DEFENDANT<br>THE HOME DEPOT, INC., HOME DEPOT U.S.A., INC., AND HOME DEPOT PRODUCT AUTHORITY, LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,332,844 | 12/11/2012 | Intellectual Ventures II LLC |
| 2 | 7,721,282 | 5/18/2010 | Intellectual Ventures II LLC |
| 3 | 7,314,167 | 1/1/2008 | Intellectual Ventures II LLC |
| 4 | 7,257,582 | 8/14/2007 | Intellectual Ventures I LLC |
| 5 | See attachment | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE HOME DEPOT, INC., HOME DEPOT U.S.A., INC., and HOME DEPOT PRODUCT AUTHORITY, LLC,<br><br>*Defendants.* | **Civil Action No. 1:25-cv-01147**<br><br>**JURY TRIAL DEMANDED** |

| Patent or Trademark No. | Date of Patent Or Trademark | Holder of Patent or Trademark |
|---|---|---|
| 7,712,080 | 5/4/2010 | INTELLECTUAL VENTURES I LLC |
| 7,822,841 | 10/26/2010 | INTELLECTUAL VENTURES II LLC |
| 8,352,584 | 1/8/2013 | INTELLECTUAL VENTURES II LLC |