## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE HOME DEPOT, INC., HOME DEPOT U.S.A., INC., and HOME DEPOT PRODUCT AUTHORITY, LLC,<br><br>*Defendants.* | **Civil Action No. 1:25-CV-01147-RP**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF RELATED CASES

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV" or "Plaintiffs") respectfully file this Notice of Related Cases to inform the Court that the present case involves the infringement of six (6) patents already in suit in the cases styled as *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Southwest Airlines Co.*, C.A. No. 7:24-cv-00277-ADA (the "277 Case") and *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Southwest Airlines Co.*, C.A. No. 7:25-cv-00252-ADA (the "252 Case").

Specifically, United States Patent No. 8,332,844 ("the '844 Patent"), United States Patent No. 7,721,282 ("the '282 Patent"), United States Patent No. 7,257,582 ("the '582 Patent") United States Patent No. 7,712,080 ("the '080 Patent"), United States Patent No. 7,822,841 ("the '841 Patent"), and United States Patent No. 8,352,584 ("the '584 Patent") (collectively, "Asserted Patents"), asserted in this litigation, overlap with the '844, '282, '582, '080, and '584 Patents asserted in the 277 Case and the '841 Patent asserted in the 252 Case.

1

In these cases, Plaintiffs assert the same Asserted Patents that were previously filed in the Midland/Odessa Division, though now assert the Asserted Patents on a different set of infringing systems and methods. The Asserted Patents will implicate overlapping questions of law and fact.

Dated: July 28, 2025                           RESPECTFULLY SUBMITTED,


                                By: */s/ Jonathan K. Waldrop*
                                    Jonathan K. Waldrop (CA Bar No. 297903)
                                    (Admitted in this District)
                                    jwaldrop@kasowitz.com
                                    Marcus A. Barber (CA Bar No. 307361)
                                    (Admitted in this District)
                                    mbarber@kasowitz.com
                                    John W. Downing (CA Bar No. 252850)
                                    (Admitted in this District)
                                    jdowning@kasowitz.com
                                    Heather S. Kim (CA Bar No. 277686)
                                    (Admitted in this District)
                                    hkim@kasowitz.com
                                    ThucMinh Nguyen (CA Bar No. 304382)
                                    (Admitted in this District)
                                    tnguyen@kasowitz.com
                                    Jonathan H. Hicks (CA Bar No. 274634)
                                    (Admitted in this District)
                                    jhicks@kasowitz.com
                                    **KASOWITZ LLP**
                                    101 California Street, Suite 3950
                                    San Francisco, CA 94111
                                    Telephone: (415) 421-6140
                                    Facsimile: (415) 358-4408

                                    Paul G. Williams (GA Bar No. 764925)
                                    (Admitted in this District)
                                    pwilliams@kasowitz.com
                                    **KASOWITZ LLP**
                                    1230 Peachtree Street N.E., Suite 2445
                                    Atlanta, Georgia 30309
                                    Telephone: (404) 260-6102
                                    Facsimile: (404) 393-9752

Jeceaca An (NY Bar No. 5849898)
(Admitted in this District)
jan@kasowitz.com
KASOWITZ LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Gregory P. Love (TX Bar No. 24013060)
**STECKLER WAYNE & LOVE, PLLC**
107 East Main Street
Henderson, Texas 75652
Telephone: (903) 212-4444
Facsimile: (903) 392-2267
greg@stecklerlaw.com
TX Bar No. 24013060

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES I LLC**
**INTELLECTUAL VENTURES II LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 28th day of July, 2025, via the Court's CM/ECF system.

By: _/s/ Jonathan K. Waldrop_
Jonathan K. Waldrop
