IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:25-CV-1147-RP |
| THE HOME DEPOT, INC., et al., | § § § | |
| Defendants. | § § | |

**ORDER**

**IT IS ORDERED** that this action is **REASSIGNED** to the docket of the Honorable Alan D. Albright, United States District Judge for the Western District of Texas.

**SIGNED** on August 4, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE