IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. and HOME DEPOT PRODUCT AUTHORITY, LLC<br><br>Defendants. | Case No. 1:25-cv-01147-ADA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' NOTICE OF UNOPPOSED EXTENSION OF DEADLINE TO ANSWER OR OTHERWISE RESPOND**

Defendants The Home Depot, Inc., Home Depot U.S.A. Inc. and Home Depot Product Authority, LLC (collectively, referred to as "Home Depot Defendants") hereby provides notice that the parties have agreed to extend the Home Depot Defendants' deadline to answer, move or otherwise respond to Intellectual Ventures I LLC and Intellectual Ventures II LLC's ("Plaintiffs") Complaint for Patent Infringement (ECF No. 1). The current deadline is August 26, 2025. The Parties have agreed that this deadline be extended by 45 days until October 10, 2025. This extension will not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: August 14, 2025                              Respectfully submitted,

                                                    */s/ Michael Strapp*
                                                    Michael Strapp
                                                    **DLA PIPER LLP (US)**
                                                    33 Arch Street, 26th Floor
                                                    Boston, Massachusetts 02110-1447
                                                    Tel: (617) 406-6031
                                                    Fax: (617) 406-6100
                                                    michael.strapp@us.dlapiper.com

                                                    Counsel for Defendants The Home Depot, Inc., Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on August 14, 2025 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

                                                    */s/ Michael Strapp*
                                                    Michael Strapp