**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> THE HOME DEPOT, INC., HOME DEPOT U.S.A., INC., and HOME DEPOT PRODUCT AUTHORITY, LLC, <br><br> *Defendants.* | **Civil Action No. 1:25-cv-01147-ADA** <br><br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**TO THE HONORABLE COURT:**

Counsel for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("IV" or "Plaintiffs") hereby moves to withdraw attorney Jonathan H. Hicks as counsel of record for Plaintiffs.

Attorneys with the law firm of Kasowitz LLP and Cherry Johnson Siegmund James PLLC will remain as counsel for Plaintiff.

This withdrawal will not cause a continuance or delay and will not prejudice Defendants The Home Depot, Inc., Home Depot U.S.A., Inc., and Home Depot Product Authority, LLC, or any other party to this action.

Defendant's counsel is not opposed to this motion. Accordingly, Plaintiff requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

Dated: June 15, 2026                    RESPECTFULLY SUBMITTED,

By: /s/ *Jonathan K. Waldrop*
      Jonathan K. Waldrop (CA Bar No. 297903)
      (Admitted in this District)
      jwaldrop@kasowitz.com
      Marcus A. Barber (CA Bar No. 307361)
      (Admitted in this District)
      mbarber@kasowitz.com
      John W. Downing (CA Bar No. 252850)
      (Admitted in this District)
      jdowning@kasowitz.com
      Heather S. Kim (CA Bar No. 277686)
      (Admitted in this District)
      hkim@kasowitz.com
      ThucMinh Nguyen (CA Bar No. 304382)
      (Admitted in this District)
      tnguyen@kasowitz.com
      Jonathan H. Hicks (CA Bar No. 274634)
      (Admitted in this District)
      jhicks@kasowitz.com
      **KASOWITZ LLP**
      101 California Street, Suite 3950
      San Francisco, California 94111
      Telephone: (415) 421-6140
      Facsimile: (415) 358-4408

      Jeceaca An (NY Bar No. 5849898)
      (Admitted in this District)
      jan@kasowitz.com
      **KASOWITZ LLP**
      1633 Broadway
      New York, NY 10019
      Telephone: (212) 506-1700
      Facsimile: (212) 506-1800

      Paul G. Williams (GA Bar No. 764925)
      (Admitted in this District)
      pwilliams@kasowitz.com
      **KASOWITZ LLP**
      1230 Peachtree Street, N.E., Suite 2445
      Atlanta, Georgia 30309
      Telephone: (404) 260-6102
      Facsimile: (404) 393-9752

3

Gregory P. Love (TX Bar No. 24013060)
glove@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND
JAMES PLLC**
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: 254-732-2242
Facsimile: 866-627-3509


*Attorneys for Plaintiffs*
*INTELLECTUAL VENTURES I LLC*
*INTELLECTUAL VENTURES II LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 12, 2026, Jonathan K. Waldrop, conferred with Defendant's counsel regarding Jonathan H. Hicks' withdrawal from the case.  Defendant is unopposed to this motion.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 15th day of June, 2026, via the Court's CM/ECF System.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop