**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>THE HOME DEPOT, INC., HOME DEPOT U.S.A., INC., and HOME DEPOT PRODUCT AUTHORITY, LLC,<br><br>    *Defendants.* | **Civil Action No. 1:25-cv-01147-ADA**<br><br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFFS' MOTION TO
<u>WITHDRAW AS ATTORNEY OF RECORD</u>**

Pending before the Court is Plaintiffs' Motion for Withdrawal of Attorney Jonathan H. Hicks ("Motion"). This Court, having considered Plaintiffs' Motion and noting it is unopposed, HEREBY ORDERS that Plaintiffs' Motion be GRANTED.

It is therefore ORDERED that Jonathan H. Hicks is permitted to withdraw as counsel of record for Plaintiffs in this case. ECF notifications to Jonathan H. Hicks are to be terminated in this case.

SIGNED THIS _____ day of _____ , 2026.

_____
UNITED STATES DISTRICT COURT JUDGE