UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

No. 1:25-cv-1147

**Intellectual Ventures I LLC et al,**
*Plaintiffs,*
v.
**The Home Depot, Inc. et al,**
*Defendants.*

## ORDER SETTING MARKMAN HEARING

The above entitled and numbered case is set for a Markman Hearing at which all parties and counsel must appear:

**January 13, 2027, at 9:00 a.m.**
Before the Hon. Andrew Davis
Courtroom 1
United States Courthouse
501 West Fifth Street
Austin, TX 78701

*So ordered by the Court on November 20, 2026.*



ANDREW DAVIS
United States District Judge